IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED SATES OF AMERICA, | |
| v. | CRIMINAL INDICTMENT NO. 1:14-CR-341 |
| RAUL HERNANDEZ-VALENCIA | |
| Defendant. | |

## ORDER

Magistrate Judge Justin Anand's Final Report and Recommendation ("R&R") [Doc. 28-1] is currently before the Court. The R&R recommends the denial of Defendant's Motion to Suppress Evidence [Doc. 13].

Pursuant to 28 U.S.C. § 636(b)(1), the Court reviews any portion of the R&R that is the subject of a proper objection on a *de novo* basis and any non-objected portion on a "clearly erroneous" standard. The Defendant filed no objections to the report here. The Court has reviewed the R&R and record in this matter and finds no clear error. Accordingly, the Court **ADOPTS** the Magistrate Judge's R&R [Doc. 28-1] and **DENIES** Defendant's Motion to Suppress [Doc. 13].

**IT IS SO ORDERED** this 14th day of May, 2015.

_____
**Amy Totenberg**
**United States District Judge**